IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAVID JONES**                                                                                **PLAINTIFF**
**#2024693**

**v.**                                      No: 2:20-cv-00039 JM

**DOE**                                                                                  **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 6th day of April, 2020.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE